IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

United States of America,

           Plaintiff,

Criminal No. 3:01CR187LS-001

vs.

Jeffrey Rogers,

           Defendant,

### CLERK'S NOTICE OF GARNISHMENT

You are hereby notified that a garnishment is being taken by the United States of America which has a judgment in Case No. 3:01CR187LS-001 in the United States District Court for the Southern District of Mississippi, Jackson Division in the sum of $18,871.85. A balance of $16,155.35, remains outstanding as of July 30, 2007.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if defendant can show that the exemptions apply. Attached is a summary of the major exemptions which apply in Mississippi.

The exemptions that apply are those of the state where you have resided in the last 180 days. You have a right to ask the Court to apply any exemption to which you feel you are entitled or if you question this garnishment.

You have a right to ask the court to return your property to you if you think you do not owe the money to the Government that it claims you do, or if you think the property the Government is taking qualifies under one of the above exemptions.

If you want a hearing, you must notify the court within 20 days after receipt of the notice. Your request must be in writing, and you must return the original exemption form to the U. S. District Court Clerk and a copy to the United States Attorney's Office.

If you wish, you may use this notice to request the hearing by checking the space below. You must either mail it or deliver it in person to the Clerk of the United States District Court at P. O. Box 23552, Jackson, MS 39225-3552. You must also send a copy of your request to the United States Attorney at 188 East Capitol, Suite 500, Jackson, MS 39201, notifying the Government that you want a hearing.

The hearing will take place within 5 days after the Clerk receives your request or as soon as it is convenient to the Court.

At the hearing you may explain to the judge why you think the Government is not entitled to the funds garnished.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or

deliver it in person to the Clerk of the United States District Court at P. O. Box 23552, Jackson, MS 39225-3552. You must also send a copy of your request to the Government at 188 East Capitol, Suite 500, Jackson, MS 39201.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court. The clerk is not permitted to give legal advice, but can refer you to other sources of information.

____7-31-07____      BY: __J. T. NOBLIN /s/__
DATE                      UNITED STATES DISTRICT COURT CLERK

_____ I request a hearing within 5 days or as soon as is convenient to the Court.

_____        _____
Date                                              Defendant/Debtor