IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA,                                PLAINTIFF

VS.                           CRIMINAL ACTION NO. 3:01-cr-187LS

JEFFREY ROGERS,                                          DEFENDANT

**MOTION FOR ORDER REQUIRING EXAMINATION
OF JUDGMENT DEBTOR**

Plaintiff moves the Court to issue an Order requiring the Defendant, Jeffrey Rogers, to appear and testify at a judgment debtor examination in aid of execution under Rule 69 and in support of this Motion relies upon the Certificate annexed hereto as Exhibit "A".

                              UNITED STATES OF AMERICA

                              STAN HARRIS
                              Acting United States Attorney

                    BY:
                              s/Pshon Barrett
                              PSHON BARRETT
                              Assistant United States Attorney
                              One Jackson Place
                              188 E. Capitol St., Suite 500
                              Jackson, MS  39201
                              (601) 973-2842
                              MS Bar Number 2071

```
                  IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                            JACKSON DIVISION
```

UNITED STATES OF AMERICA,                                        PLAINTIFF

VS.                                   CRIMINAL ACTION NO. 3:01-cr-187LS

JEFFREY ROGERS,                                                  DEFENDANT

**CERTIFICATE**

     Pshon Barrett, Assistant United States Attorney, having been first duly sworn, deposes and says as follows:

     1.  Judgment was entered on May 31, 2002, for plaintiff and against defendant, for the sum of $18,871.85, together with interest thereon from the date of judgment, and court costs.

     2.  Defendant, Jeffrey Rogers, resides within the jurisdiction of this Court.

     3.  The judgment has not been satisfied, vacated, reversed, or barred by the Statute of Limitations, and is one on which execution may properly issue.

     4.  The judgment remains unpaid.

     I certify, pursuant to 28 U.S.C. Section 1746(2), under penalty of perjury, that the foregoing is true and correct.

Executed on this the 4th day of May, 2009.

                                                  <u>    s/Pshon Barrett    </u>  
                                                  PSHON BARRETT  
                                                  Assistant United States Attorney

Exhibit "A"