IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA,                                    PLAINTIFF

VS.                               CRIMINAL ACTION NO. 3:01-cr-187LS

JEFFREY ROGERS,                                              DEFENDANT

## ORDER FOR APPEARANCE OF JUDGMENT DEBTOR

Plaintiff having moved the Court for an Order requiring the Defendant, Jeffrey Rogers, to appear and testify at a judgment debtor examination, and the Court being sufficiently advised.

IT IS ORDERED that Defendant, Jeffrey Rogers, appear at the United States Attorney's Office, One Jackson Place, 188 E. Capitol St., Suite 500, Jackson, MS 39201, at  9:00 a.m., on July 14, 2009, to answer questions concerning his property.

IT IS FURTHER ORDERED that Defendant, Jeffrey Rogers, bring with him:

1.  Copies of personal income tax returns for the years 2007, 2008 and 2009.

2.  Copies of all personal and business bank statements for the years 2007, 2008 and to date.

3. Copies of utility bills, specifically electric, gas, water, and phone, as well as bills for any unusual or large expenses; such as medical bills.

4.  Copy of title or deed of personal residence if owned by you or any member of your family.  If not, a copy of proof of ownership by unrelated party.  If you rent, bring copies of last six months rental receipts.

5.  Copy of title or license of automobile driven by you or your spouse.

DEFENDANT, JEFFREY ROGERS, IS HEREBY ADVISED THAT FAILURE TO APPEAR AT THE  TIME AND LOCATION SET FORTH ABOVE MAY RESULT IN A BENCH WARRANT BEING ISSUED FOR HIS/HER ARREST.  A COPY OF THIS ORDER, TOGETHER  WITH COPIES OF PLAINTIFF'S MOTION AND CERTIFICATE, SHALL BE SERVED UPON DEFENDANT BY THE UNITED STATES MARSHAL NO LATER THAN 5 DAYS  PRIOR TO HEARING.

SO ORDERED THIS 5th DAY OF May, 2009.


James C. Sumner
UNITED STATES MAGISTRATE JUDGE