USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 3:01-cr-00187-TSL  Document 25  Filed 06/24/09  Page 1 of 6

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:01-cr-187LS |
| DEFENDANT | TYPE OF PROCESS |
| Jeffrey Rogers | Examination of Debtor |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jeffrey Rogers
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
806 Alvaredo Street, Jackson, MS 39204-5316

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Pshon Barrett, AUSA
188 East Capitol Street
Suite 500
Jackson, MS 39201

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 24 2009
J. T. NOBLIN, CLERK
BY _____ DEPUTY

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please serve by 7-7-09 Thanks

ssn: 
Previous address: ~5000 Ridgewood Road, Apartment 401, Jackson, MS 39211-5448
1728 Casteel Drive, Jackson, MS 39204-3508
508 L F Packer Drive, Apt. LF, Ruleville, MS 38771-3606
dob: 
Possible phone numbers: (601) 859-0694, (601) 607-7443
USM No 06640-043

Signature of Attorney other Originator requesting service on behalf of:
[✓] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 601/ 973-2842
DATE: 5/26/09

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 43 | No. 43 | | 05/27/09 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [✓] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only different than shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

| Date | Time | |
|---|---|---|
| 6.18.09 | 10:31 | [✓] am [ ] pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) | |
|---|---|---|---|---|---|---|
| $165.06 | 6.84 | | | | 171.84 | $0.00 |

REMARKS: 1) Jerry Fortenberry advised that subject does not live at the listed address — 6.4.09
2) No contact — 6.4.09
3) Home Owners advised that subject moved to San Diego, CA. — 6.18.09

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA,                                           PLAINTIFF

VS.                                          CRIMINAL ACTION NO. 3:01-cr-187LS

JEFFREY ROGERS,                                                     DEFENDANT

### MOTION FOR ORDER REQUIRING EXAMINATION
### OF JUDGMENT DEBTOR

Plaintiff moves the Court to issue an Order requiring the Defendant, Jeffrey Rogers, to appear and testify at a judgment debtor examination in aid of execution under Rule 69 and in support of this Motion relies upon the Certificate annexed hereto as Exhibit "A".

UNITED STATES OF AMERICA

STAN HARRIS
Acting United States Attorney

BY:
    <u>s/Pshon Barrett</u>
PSHON BARRETT
Assistant United States Attorney
One Jackson Place
188 E. Capitol St., Suite 500
Jackson, MS  39201
(601) 973-2842
MS Bar Number 2071

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA,                                    PLAINTIFF

VS.                                    CRIMINAL ACTION NO. 3:01-cr-187LS

JEFFREY ROGERS,                                              DEFENDANT

**CERTIFICATE**

Pshon Barrett, Assistant United States Attorney, having been first duly sworn, deposes and says as follows:

1. Judgment was entered on May 31, 2002, for plaintiff and against defendant, for the sum of $18,871.85, together with interest thereon from the date of judgment, and court costs.

2. Defendant, Jeffrey Rogers, resides within the jurisdiction of this Court.

3. The judgment has not been satisfied, vacated, reversed, or barred by the Statute of Limitations, and is one on which execution may properly issue.

4. The judgment remains unpaid.

I certify, pursuant to 28 U.S.C. Section 1746(2), under penalty of perjury, that the foregoing is true and correct.

Executed on this the 4th day of May, 2009.

                        <u>s/Pshon Barrett</u>
                        PSHON BARRETT
                        Assistant United States Attorney

Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA,                                    PLAINTIFF

VS.                               CRIMINAL ACTION NO. 3:01-cr-187LS

JEFFREY ROGERS,                                              DEFENDANT

## ORDER FOR APPEARANCE OF JUDGMENT DEBTOR

Plaintiff having moved the Court for an Order requiring the Defendant, Jeffrey Rogers, to appear and testify at a judgment debtor examination, and the Court being sufficiently advised.

IT IS ORDERED that Defendant, Jeffrey Rogers, appear at the United States Attorney's Office, One Jackson Place, 188 E. Capitol St., Suite 500, Jackson, MS 39201, at 9:00 a.m., on July 14, 2009, to answer questions concerning his property.

IT IS FURTHER ORDERED that Defendant, Jeffrey Rogers, bring with him:

1. Copies of personal income tax returns for the years 2007, 2008 and 2009.

2. Copies of all personal and business bank statements for the years 2007, 2008 and to date.

3. Copies of utility bills, specifically electric, gas, water, and phone, as well as bills for any unusual or large expenses; such as medical bills.

4. Copy of title or deed of personal residence if owned by you or any member of your family. If not, a copy of proof of ownership by unrelated party. If you rent, bring copies of last six months rental receipts.

5. Copy of title or license of automobile driven by you or your spouse.

DEFENDANT, JEFFREY ROGERS, IS HEREBY ADVISED THAT FAILURE TO APPEAR AT THE TIME AND LOCATION SET FORTH ABOVE MAY RESULT IN A BENCH WARRANT BEING ISSUED FOR HIS/HER ARREST. A COPY OF THIS ORDER, TOGETHER WITH COPIES OF PLAINTIFF'S MOTION AND CERTIFICATE, SHALL BE SERVED UPON DEFENDANT BY THE UNITED STATES MARSHAL NO LATER THAN 5 DAYS PRIOR TO HEARING.

SO ORDERED THIS 5th DAY OF May, 2009.

James C. Sumner
UNITED STATES MAGISTRATE JUDGE